IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,460






EX PARTE SERGIO CASTILLO, Applicant









ON APPLICATION FOR A WRIT OF HABEAS CORPUS


FROM CAUSE NUMBER 1994-CR-372-D IN THE 103RD 


JUDICIAL DISTRICT COURT OF CAMERON COUNTY






 Per curiam.



O P I N I O N




 This is a post-conviction application for a writ of habeas corpus filed pursuant to
Article 11.07, § 3, Tex.Code Crim.Proc. Applicant was convicted of attempted murder
and punishment was assessed at confinement for twenty-five years. Applicant's judgment
of conviction was affirmed on direct appeal. Castillo v. State, No. 13-94-00514-CR (Tex.
App.--Corpus Christi 1994, no pet.). 

 Applicant contends that he was denied exculpatory Brady material by the State. 
See Brady v. Maryland, 373 U.S. 83 (1963). The trial court recommends that relief be
granted. We agree.

 Relief is granted. Applicant is remanded to the sheriff of Cameron County to
answer the indictment.

DELIVERED: June 21, 2006

DO NOT PUBLISH